WOLLMUTH MAHER & DEUTSCH LLP
One Gateway Center, 9th Floor
Newark, New Jersey 07102
Tel: (973) 733-9200
Olivia J. Italiano
Attorneys for Credit Bureau of Napa County, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yitzchok Dick, *on behalf of himself and all other similarly situated consumers*, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT BUREAU OF NAPA COUNTY, INC., d/b/a Chase Receivables, <br><br> Defendant. | Case No: 15-cv-02589 (RML) <br><br> Civil Action <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATION AND AGREED** to by Plaintiff and Plaintiff's attorneys, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

DATED: Newark, New Jersey
        April 6, 2016

/s/ Olivia J. Italiano
Olivia J. Italiano
One Gateway Center, 9th Floor
Newark, New Jersey 07102
Phone:  (973) 733-9200
Fax:    (973) 733-9292
E-mail:  oitaliano@wmd-law.com

/s/ Adam Jon Fishbein
Adam J. Fishbein, Attorney at Law
483 Chestnut Street
Cedarhurst, NY 11516
Phone:  (516) 791-4400
Fax:    (516) 791-4411
Email: fishbeinadamj@gmail.com

**SO ORDERED:**

Date: _____

_____
ROBERT M. LEVY
United States District Judge